IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0670

FILED

05/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0670

———————————

360 RECLAIM, LLC, a Montana limited liability company,

       Plaintiff and Appellee,

    v.

WILLIAM M. RUSSELL, and individual and MOUNTAIN
VIEW INVESTMENTS, LC, an Idaho limited liability company,

       Defendants and Appellants.

———————————

WILLIAM M. RUSSELL,

       Plaintiff and Appellant,

    v.

360 RECLAIM, LLC, a Montana limited liability company,

       Defendant, Counter-Plaintiff and
       Third-Party Plaintiff and Appellee,

    v.

WILLIAM M. RUSSELL,

       Counter-Defendant and Appellant,

    and

U.S. TREASURY by and through the INTERNAL
REVENUE SERVICE,

       Third-Party Defendants.

———————————

O R D E R

Pursuant to Appellant Mountain View Investments' motion for extension of time to file its reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until June 9, 2023, to file the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 12 2023